TWIN THEATRE COMPANY *v.* LIQUID CARBONIC COMPANY.

EVANS, P. J. A landlord levied a distress warrant on a soda fountain, which was claimed by one who had sold it to the tenant under a written contract retaining title thereto until the purchase-money was paid. The reserved-title note was not recorded within thirty days of its date, but was recorded before the levy of the distress warrant. The evidence showed a complete rescission of the contract of sale, and a surrender of the soda fountain by the tenant to the claimant prior to the levy. *Held,* that it was not error to direct a verdict for the claimant.

> *Judgment affirmed. All the Justices concur:*
> APRIL 27, 1910.

Claim. Before Judge Ellis. Fulton superior court. March 26, 1909.

*Lowndes Calhoun,* for plaintiff.
*Napier, Wright & Cox* and *J. M. Wood,* contra.